In the Matter of the Third Intermediate Judicial Settlement of the Account of CHARLES P. HIDDEN, as Committee of the Property of HENRIETTA GARDNER CATTAPANI, an Incompetent Person.— Motion to dismiss appeal denied, without prejudice to renewal if appellant does not proceed promptly to comply with the requirements of the court at Special Term as to settlement of the case. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL KRIDEL and Others, Respondents, v. SCHAI BILIK and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK E. BRUMLEY and Others, Respondents, v. MYRON W. ROBINSON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unle s appellant procure appellant's points to be filed on or before December 26, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MYRON W. ROBINSON, Appellant, v. FRANK E. BRUMLEY and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before December 26, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

45 EAST 57TH STREET CO., INC., Respondent, v. HERBERT G. MILLER and Others, Appellants.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TEXAS COAST DEVELOPMENT COMPANY, Appellant, v. THE TEXAS COMPANY, Respondent.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TOWNE TAKE DRESS CO., INC., Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Application denied, with ten dolla s costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL FEINSTEIN, Respondent, v. MAX KLEIN and Another, Appellants.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER E. LITTLE and Another, Respondents, v. ARNOLD, CONSTABLE & CO., INC., Appellant, and STEPHEN J. LEONARD and Others, as Trustees, etc., Intervening, Defendants, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA M. MATTHEWS, Respondent, v. WILLIAM THORNE MATTHEWS, Appellant.— Motion for leave to appeal to the Court of Appeals on the constitutional question involved herein granted. The rest of the relief asked for is. denied. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOCHUM BROS., INC., Respondent, v. RIDGEWOOD-PIE-BAKING CO., INC., and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.